**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN M. LYONS**

v. **C.A. No. 05 - 174 T**

**A.T. WALL**, et al.

## ORDER

This matter is before the court on the motion of the *pro se* plaintiff Kevin M. Lyons for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of motion and of the plaintiff's inmate trust account statement, said motion is **DENIED.** Plaintiff has sufficient funds to pay the initial filing fee of $250.00.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $250.00 within twenty days of the date of this order. Failure to do so will result in a dismissal of this action.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
May 3, 2005

3