UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN LYONS

VS. C.A. NO. 05-174 T

A. T. WALL, et al

STIPULATION OF DISMISSAL

Upon consideration of a settlement conference held before U.S. Magistrate Judge Hagopian and by agreement of the parties, it is hereby stipulated that the instant action may be dismissed with prejudice, no interest, no costs.

Pro/Se
~~Attorney for the~~ Plaintiff, Pro se

Attorney for the Defendant

RECOMMEND ENTRY:

U.S. Magistrate Judge Hagopian

DATED: 5/26/05

SO ORDERED:

ENTERED:

RECOMMEND APPROVAL:

Senior U.S. Magistrate Judge Jacob Hagopian
Date: June 13, 2005