STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

June 27, 2008

Magistrate Judge Hagopian
United States District Court
U.S. District Court for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

RE: Lyons v. Wall, CA NO 05-174T

Dear Magistrate Judge Hagopian:

I have received notice that Mr. Lyons' motion concerning the settlement agreement in the above-entitled case has been referred to you. Please be advised that I have consulted with the Department of Corrections' Medical Director, Michael Poshkus, and confirmed that there was some confusion among some of the medical staff about the parameters of the settlement agreement vis a vis Mr. Lyons' "no seafood" diet. I have received an assurance from Dr. Poshkus that Mr. Lyons' "no seafood" diet will be reinstated forthwith.

Sincerely,

Patricia A. Coyne-Fague
Chief Legal Counsel

cc: Inmate Kevin Lyons
Dr. Michael Poshkus, Medical Director