UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


KEVIN LYONS

          v.                        CA No. 05-174-T

A.T. WALL, ET AL.


## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER

The order of Senior Magistrate Judge Hagopian dated July 30, 2008, denying plaintiff's motion for a cease-and-desist order is hereby affirmed for the following reasons:

1. As noted by the Magistrate Judge, a stipulation dismissing the case was entered on June 16, 2005.

2. The Magistrate Judge notes that the defendants have assured the Court that after some initial confusion regarding the diet that was the subject of a settlement agreement between the parties, that diet, now, is being provided.

3. If the plaintiff claims that the alleged settlement agreement still is being violated, his remedy is to bring a separate action for breach of that agreement.

IT IS ORDERED.

                                        By Order

                                        _____
                                        Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Judge

Date: 1/7/09